**Order entered November 30, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00750-CV

### NELLY SUAREZ GARCIA, Appellant

### V.

### LORRIE SEMLER, Appellee

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-04494**

## ORDER

Before the Court is appellant's November 29, 2021 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and **ORDER** the brief tendered to this Court by appellant on November 29 filed as of the date of this order.

/s/    KEN MOLBERG
        JUSTICE